# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 17-CR-20812-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JESUS ROBIN SUAREZ CUELLAR,

    Defendant.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 23], which was issued on January 26, 2018. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Jesus Robin Suarez Cuellar, be found to have freely and voluntarily entered a plea of guilty to Count One of the Indictment, which charges the Defendant with conspiracy to commit the following offenses against the United States, in violation of Title 18, United States Code, Section 371: (1) unlawfully exporting firearms and ammunition, in violation of Title 18, United States Code, Sections 1001, 922(e),and 554(a), and Title 22, Code of Federal Regulations, Section 127.2; (2) unlawfully concealing firearms and ammunition that were intended to be exported, in violation of Title 18, United States Code, Sections 1001, 992(e), and 554(a), and Title 22, Code of Federal Regulations, Section 127.2; and (3) unlawfully delivering firearms and ammunition to a common or contract carrier for export without proper written notice, in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D). Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this

matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 23] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of conspiracy to commit the following offenses against the United States: (1) unlawfully exporting firearms and ammunition; (2) unlawfully concealing firearms and ammunition that were intended to be exported; and (3) unlawfully delivering firearms and ammunition to a common or contract carrier for export without proper written notice. A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Monday, April 23, 2018, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on February ___, 2018.

_____
Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services

2